# *United States District Court*
## *District of New Jersey*

UNITED STATES OF AMERICA : HON. RONALD J. HEDGES

v. : **CRIMINAL COMPLAINT**
: Magistrate No. 05-6003

MARTIN JOHNSON,
LUIS NAVARRO, :
JOSE SERRANO,
and :
PRAXEDIS SERRANO,
a/k/a "Willie" :

RECEIVED
FEB 07 2005
WILLIAM T. WALSH, CLERK

I, Joseph Thompson, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 4, 2005, in Essex County, in the District of New Jersey and elsewhere, defendants did:

SEE ATTACHMENT A

I further state that I am a Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

SEE ATTACHMENT B

Joseph Thompson
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

2/7/05 at Newark, New Jersey
Date City and State

Honorable Ronald J. Hedges
United States Magistrate Judge

Signature of Judicial Officer

ATTACHMENT A

knowingly and intentionally conspire and agree with each other and with others to distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), in violation of Title 21, United States Code, Section 846.

ATTACHMENT B

I, Joseph Thompson, am a Special Agent with the Drug Enforcement Administration. Based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts:

1. On or about February 3, 2005, a confidential informant (hereinafter, the "CI") told law enforcement officers that defendant MARTIN JOHNSON was in possession of a quantity of cocaine located in a van at a hotel in Newark.

2. On or about February 4, 2005, law enforcement officers located the van at a hotel in Newark, New Jersey. Law enforcement officers observed defendant JOSE SERRANO and defendant PRAXEDIS SERRANO, a/k/a "Willie" inspecting the van. Law enforcement officers later observed defendant MARTIN JOHNSON and defendant LUIS NAVARRO inspecting the van. Thereafter, law enforcement officers observed all four defendants in conversation approximately fifty feet or so from the van. The four defendants were detained. The key to the van was recovered from LUIS NAVARRO.

3. Law enforcement officers searched the van and recovered cocaine in excess of 5 kilograms of cocaine. Specifically, law enforcement recovered approximately 121 kilograms gross weight of cocaine from said van, which field tested positive.

4. Defendant MARTIN JOHNSON stated in substance and in part, that he previously had the keys to the van which contained the cocaine, that he drove the van to the hotel, and that he knew the van contained the cocaine.

6. Defendant LUIS NAVARRO stated in substance in and in part, that he knew that the van contained the cocaine and that he was responsible for the cocaine while the cocaine was at the hotel.

7. Defendant JOSE SERRANO stated in substance and in part, that he knew the van contained cocaine and that he was present at the hotel in order to pick up the cocaine.

8. Defendant PRAXEDIS SERRANO a/k/a "Willie" stated in substance and in part, that he knew the van contained cocaine and that he was present at the hotel in order to pick up the cocaine.